**Jordan K. Cameron (12051)**
  jcameron@djplaw.com
**DURHAM JONES & PINEGAR, P.C.**
3301 N. Thanksgiving Way, Suite 400
Lehi, Utah 84043
Telephone: (801) 375-6600
Fax: (801) 375-3865

<u>Attorney for Plaintiff XMission, L.C.</u>

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| XMISSION, L.C., a Utah company,<br><br>        Plaintiff,<br><br>vs.<br><br>9 FOUR ONE MEDIA, a Florida company; ABOVE ALL OFFERS CORPORATION, an Oregon corporation; THE AFFILIATI NETWORK, Inc., a Florida corporation; AGORA FINANCIAL, LLC, a Maryland limited liability company; FLUENT, LLC a New York limited liability company; DOES 1-10,<br><br>        Defendants. | **NOTICE OF DISMISSAL OF AGORA FINANCIAL, LLC**<br><br><br>Case No.: 2:18cv00182<br><br>Judge Robert Shelby |

    Plaintiff XMission, L.C., pursuant to Fed. R. Civ. P. 41(a)(1), hereby gives notice of the dismissal of this matter as to Defendant Agora Financial, LLC with prejudice, with each party bearing its own attorney's fees and costs.

1

DATED this 27th day of September, 2018.

                                                  DURHAM JONES & PINEGAR, P.C.

                                                  /s/ Jordan K. Cameron
                                                  Jordan K. Cameron
                                                  *Attorneys for Plaintiff*

SLC_3876961

## **CERTIFICATE OF SERVICE**

I, Jordan K. Cameron, certify that on this 27th day of September, 2018, I caused a true and correct copy of the foregoing to be served via CM/ECF on the following:

Maralyn M. English
Scott Young
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, UT 84145
*Attorneys for Defendant Fluent, LLC*

Derek Newman
Keith Scully
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
*Attorneys for Defendant Fluent, LLC*

            /s/ Jordan K. Cameron